OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

FILED
DEC 1 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA
v.

William J. Eaton
6029 DeBarr Road, Apt. 309
Anchorage, AK

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: A05-243 MJ (JDR)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Beginning at a time unknown, but at least by on or about July 30, 2005, until November 16, 2005, in
(Date)
the _____ District of Alaska _____ defendant(s) did,

*(Track Statutory Language of Offense)*

Knowingly possess one or more computer files which contain visual depictions that have been transported in interstate or foreign commerce by computer and the producing of such visual depictions involve the use of a minor engaging in sexually explicit conduct and such visual depictions are of such conduct.

in violation of Title  18  United States Code, Section(s)  2252(a)(4)(B) .

I further state that I am a(n)  Senior Special Agent with ICE  and that this complaint is based on the
Official Title
following facts:

SEE ATTACHED AFFIDAVIT OF SENIOR SPECIAL AGENT KEVIN J. LAWS OF IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)

Continued on the attached sheet and made a part of this complaint:  x Yes ___ No

_____
Signature of Complainant

Senior Special Agent Kevin J. Laws
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 15, 2005                    at    Anchorage, Alaska
Date                                              City and State

John D. Roberts, Magistrate Judge
Name and Title of Judge

_____
Signature of Judge

A05-243 MJ (JDR)

# AFFIDAVIT OF SENIOR SPECIAL AGENT KEVIN J. LAWS, IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Kevin J. Laws, being duly sworn, do hereby depose and state the following:

2. I am a Senior Special Agent (SS/A) of the Immigration & Customs Enforcement (ICE), (formerly the United States Customs Service), assigned to the office of the Resident Agent in Charge, Anchorage, Alaska and have been employed by ICE/USCS for approximately sixteen (16) years. I am responsible for investigations involving the importation and distribution of child pornography. I am further responsible for enforcing federal criminal statutes, along with other officers, involving the sexual exploitation of children, pursuant to Title 18, United States Code, Sections 2251 et seq., 2422 and 1470, as well as other statutes involving the sexual exploitation of children.

3. I have received training and have actual experience relating to Federal Criminal Procedures, Federal Statutes and U.S. Customs Regulations. I have also received training and instruction in the investigation of child pornography. I have conducted, coordinated and/or participated in over eighty-nine (89) investigations relating to the sexual exploitation of children. I have reviewed over 1.5 million images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as floppy diskettes, compact discs, videotapes, magazines, and printed

1

A05-243 MJ (JDR)

images). I have participated in over forty-seven (47) search warrant executions by the U.S. Customs Service/ICE, as well as state and local police departments, and have participated in numerous seizures of computer systems involving child exploitation and/or child pornography offenses.

4. The facts and evidence set forth below are based upon information I have gained from my investigation, my personal observations, my training and experience, and information related to me by other law enforcement agents.

**FACTS:**

5. The facts in this affidavit are either known to me as a result of my personal participation in this investigation or were related to me by other law enforcement officers and witnesses, either personally or through their reports, as indicated. Not all facts known to me are contained within this affidavit. Only those facts I believe relevant to the Court's probable cause determination are included.

6. On 11/18/05, agents applied for and were granted a search warrant (A05-216 MJ (JDR) to search a home built, mid-tower desktop computer with silver Antec case. The computer was seized from EATON'S apartment, as the result of a private search.

2

A05-243 MJ (JDR)

7. Your affiant conducted a preliminary forensic examination of the computer's hard drives. During the preliminary examination, your affiant found over one thousand digital movies or movies "clips" (movies under five (5) minutes).

8. Your affiant has viewed over three hundred of the movies and determined that forty six (46) of the viewed "clips" (movies under five (5) minutes) contain depictions of children being sexually exploited and thirty two (32) of the viewed movies (over five (5) minutes) also depict children being sexually exploited. Three (3) of the movies are described as follows:

> **helene_suck.mpg** (3 seconds) Female between 9 and 12 years old. The child is grasping an adult penis with her left hand. The adult penis is being moved in and out of the girl's mouth.
>
> **hel-suc-s.mpg** (5 seconds) Female between 9 and 12 years old (The same child as depicted in the previously described clip). The child is wearing a white dress or top. The child is holding the adult penis with both hands. The adult penis is being moved in and out of the girl's mouth.
>
> **11yo boy bound and forced to suck man's cock.mpg** (7:20) male pre-pubescent child, between 9 and 12 years old. The child has brown hair and brown pants. The boy is not wearing a shirt. The child's hands are tied behind his back. The child is leaning over a bench or similar object. An adult male wearing a blue shirt is forcing his penis into the child's mouth. The movie continues with the child being hit with a belt and shows the child with a rope tied around the child's hands and neck.

9. Your affiant is familiar with the movies helene_suck.mpg and hel-suc-s.mpg, from other investigations. The child being sexually exploited in those movies has been identified in another criminal investigation outside the State of Alaska. Based on my knowledge of

3

A05-243 MJ (JDR)

other investigations and through my training and experience, I believe the children depicted in the movies described above are real children being sexually exploited, and I further believe the movies have traveled in interstate and foreign commerce.

**PROBABLE CAUSE THAT CRIMES HAVE BEEN COMMITTED**

10. Based on the foregoing, I believe that there is probable cause that William EATON has violated the following provision of Title 18 of the United States Code 2252a(4)(B) which makes it a federal offense to knowingly posses one (1) or more computer files which contain a visual depiction that has been transported in interstate or foreign commerce by computer and the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

*[signature]*
Kevin J. Laws
Senior Special Agent
Immigration & Customs Enforcement

Subscribed and sworn to before me this 15th day of December, 2005

*[signature]*
John D. Roberts
United States Magistrate Judge

4