```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. ___WILLIAM J. EATON___   CASE NO. __A05-0243-MJ (JDR)__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____AUDREY RENSCHEN_____

DEFENDANT'S ATTORNEY: _____KEVIN MCCOY, FRIEND OF THE COURT__

U.S.P.O.: _____CHRIS LIEDIKE_____

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD 12/16/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:31 p.m. court convened.

_X_ Copy of Complaint given to defendant; read.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant detained/Preliminary/Status of Counsel/Detention Hearing set for **December 20, 2005 at 9:15 a.m.**

_X_ Order of Temporary Detention Pending Hearing **FILED.**

_X_ OTHER: Court and counsel heard re defendant's intent to hire private attorney.

At 1:43 p.m. court adjourned.

DATE: ___December 19, 2005___   DEPUTY CLERK'S INITIALS: ___Ce___