IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM J. EATON | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. A05-243-MJ(JDR)

**ENTRY OF APPEARANCE**

Allan Beiswenger hereby enters his appearance on behalf of defendant, William J. Eaton, and requests that all further pleadings, notices and other materials in this case be served upon him at 1101 West 7th Avenue, Anchorage, Alaska 99501.

Dated at Anchorage, Alaska this 17th day of January, 2006.

                                                LAW OFFICES OF
                                              ALLAN BEISWENGER
                                              Attorney for Petitioner

                                              s/ Allan Beiswenger
                                              1101 W 7th Avenue
                                              Anchorage, AK  99501
                                              Alaska Bar No. 7706074

CERTIFICATE OF SERVICE

This is to certify that a correct copy of this Entry of Appearance was served by mail/hand/fax upon the Office of the United States Attorney counsel for codefendant and Pretrial Services on the 17th day of January, 2006.

s/ Angela J. Waalkes

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419